THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RALPH ADAMS, Defendant-Appellant.

(No. 57062;

First District (5th Division)—March 2, 1973.

Opinion by Mr. JUSTICE ENGLISH.

Robert H. Aronson, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Robert J. Cohen, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HENRY CLAY PONDER, Defendant-Appellant.

(No. 57073;

First District (5th Division)—March 2, 1973.